IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Starling, Daryl L

Printed: 03/10/09

Case Number: 04 B 24096
Judge: Goldgar, A. Benjamin
Filed: 6/25/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: June 13, 2008
Confirmed: September 7, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 3,065.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 1,033.23 |
| Priority: | | 0.00 |
| Administrative: | | 1,610.00 |
| Trustee Fee: | | 148.84 |
| Other Funds: | | 272.93 |
| Totals: | 3,065.00 | 3,065.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Adams & Associates | Administrative | 1,610.00 | 1,610.00 |
| 2. | Consumer Portfolio Services | Secured | 0.00 | 0.00 |
| 3. | Consumer Portfolio Services | Unsecured | 983.69 | 983.69 |
| 4. | RoundUp Funding LLC | Unsecured | 49.54 | 49.54 |
| 5. | Robert J Adams & Associates | Priority | | No Claim Filed |
| | | | $ 2,643.23 | $ 2,643.23 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 18.94 |
| 4% | 4.07 |
| 3% | 3.01 |
| 5.5% | 17.03 |
| 5% | 5.13 |
| 4.8% | 9.83 |
| 5.4% | 90.83 |
| | $ 148.84 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Starling, Daryl L | Case Number: 04 B 24096 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 03/10/09 | Filed: 6/25/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                      Marilyn O. Marshall, Trustee, by: